FILED
OCT 14 2026
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:26CR 273 |
| | § | Judge |
| CHRISTOPHER LEE PARKER | § | MJT/ZH |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 18 U.S.C. § 922(g)(1)
(Possession of Firearm by a Convicted Felon)

On or about May 18, 2026, in the Eastern District of Texas, **CHRISTOPHER LEE PARKER,** defendant, did knowingly and unlawfully possess in and affecting interstate or foreign commerce, a firearm:

1. SCCY Industries, model CPX-2, 9mm caliber pistol bearing serial number C260306. Also marked with "Daytona Beach, Florida, USA".

2. Sig Sauer, model P365 XL, 9mm caliber pistol bearing serial number 66B153932. Also marked with "Newington, NH USA."

while knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18 U.S.C. § 922(g)(1).

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**
**(Pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § USC 2461(c))**

As a result of the commission of the foregoing offense charged in Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), any firearm or ammunition involved in a violation of 18 U.S.C. § 922(g)(1), namely, the following:

1. **SCCY Industries, model CPX-2, 9mm caliber pistol bearing serial number C260306. Also marked with "Daytona Beach, Florida, USA."**
2. **Sig Sauer, model P365 XL, 9mm caliber pistol bearing serial number 66B153932. Also marked with "Newington, NH USA"; and**
3. **All ammunition.**

A TRUE BILL

______________________________
GRAND JURY FOREPERSON

JAY R. COMBS
UNITED STATES ATTORNEY

Chalana A. Oliver ____________ Date: 10/14/26
CHALANA A. OLIVER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:26CR |
| | § | Judge |
| CHRISTOPHER LEE PARKER | § | |

**NOTICE OF PENALTY**

**Count One**

Violation: 18 U.S.C. § 922(g)(1)

Penalty: Imprisonment for a term of not more than fifteen (15) years; a fine not to exceed $250,000.00; and supervised release of not more than three (3) years.

If it is shown the defendant has three previous convictions by any court for a violent felony or a serious drug offense, or both, committed on occasions different from one another - Imprisonment of 15 years to life, a fine not to exceed $250,000.00, or both; a term of supervised release of not more than five (5) years.

Special Assessment: $ 100.00